Lester Neal POPE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 45181.

Missouri Court of Appeals,
Western District.

Sept. 15, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 27, 1992.

Barbara Hoppe, Columbia, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J. and FENNER and ULRICH, JJ.

ORDER

PER CURIAM:

Lester Pope appeals from the denial of his Rule 24.035 postconviction motion in which he sought to vacate his plea of guilty to one count of sodomy, § 566.060, RSMo Supp.1991, and the resultant nine year prison sentence. Judgment affirmed. Rule 84.16(b).